## McINTOSH v. CAREFREE CAROLINA COMMUNITIES

[328 N.C. 87 (1991)]

FRANK S. J. McINTOSH, PLAINTIFF v. CAREFREE CAROLINA COMMUNITIES, INC., DEFENDANT v. R. P. THOMAS, THIRD-PARTY DEFENDANT

No. 279A90

(Filed 10 January 1991)

APPEAL of right by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 98 N.C. App. 653, 391 S.E.2d 851 (1990), affirming a judgment entered 6 October 1988 by *Lewis, J.,* in Superior Court, TRANSYLVANIA County. Heard in the Supreme Court 12 December 1990.

*Adams, Hendon, Carson, Crow & Saenger, P.A., by Martin K. Reidinger and Lori M. Glenn, for plaintiff-appellant.*

*Harrell & Leake, by Larry Leake, for defendant-appellee.*

*Prince, Youngblood, Massagee & Jackson, by Boyd B. Massagee, Jr., and Sharon B. Ellis, for third-party defendant-appellee.*

PER CURIAM.

For the reasons stated in the dissenting opinion of Greene, J., the decision of the Court of Appeals is

Reversed.